JUSTIN X. WANG (CSB #166183)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Bo ZOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bo ZOU,

    Plaintiff,

*Michael Chertoff*, Secretary of the Department of Homeland Security;
*Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services;
*Condoleezza Rice*, Secretary of State, Department of State;
*Joseph P. Martin*, Officer in Charge, USCIS Beijing Office;
Director of Federal Bureau of Investigation

Case No.: C 06-4363 SC

STIPULATION OF DISMISSAL; ORDER

Subject to approval of the Court, the parties hereby stipulates as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1), based on the representation by Defendants that Plaintiff's daughter will pick up the visa package on November 13, 2006, Plaintiff hereby dismisses this action without prejudice.

2. The parties will bear their own fees and costs.

Dated: November ___, 2006

Respectfully submitted,

IT IS SO ORDERED
Judge Samuel Conti

Justin X. Wang, Esq.
Attorney for Plaintiff

Dated: November 3, 2006

Ila Deiss
Assistant U.S. Attorney
Counsel for Defendants

Case No.: C 06 4363 SC
PLAINTIFF'S Stipulation of Dismissal

F:\NANCY\Mandamus\ZOU, Bo\Stipulation of Dismissal.wpd

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: _____

_____
Samuel Conti
United States District Judge